USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK,<br><br>                       Plaintiff,<br><br>-against-<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>                       Defendant. | 1:19-cv-01951 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letters dated January 3, 2020 and January 6, 2020. *See* ECF Nos. 20–21. Plaintiff is **GRANTED** leave to file the three exhibits specified in its January 3rd letter under seal. In addition, the Parties' request for an extension of time is **GRANTED**. Accordingly, the Parties are hereby **ORDERED** to adhere to the following briefing schedule:

| | |
|---|---|
| Motions for Summary Judgment: | January 20, 2020 |
| Oppositions to Motions for Summary Judgment: | February 20, 2020 |
| Replies to Opposition: | March 5, 2020 |

SO ORDERED.

Dated: January 6, 2020
       New York, New York

                                                ANDREW L. CARTER, JR.
                                                United States District Judge