# HURWITZ & FINE, P.C.

## ATTORNEYS AT LAW

MEMO ENDORSED

**Jennifer A. Ehman**
jae@hurwitzfine.com

October 1, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  _10/1/2020_____

*__Via ECF__*
Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

RE:    *The City of New York v. Philadelphia Indemnity Ins. Co.*
       Civil Action No.:  19-cv-1951

Dear Judge Carter:

Our office represents the Defendant, Philadelphia Indemnity Ins. Co. ("Philadelphia"), in the above referenced matter.

Pursuant to the final paragraph of your Opinion & Order, dated September 10, 2020, you directed the parties to file a joint status report regarding how they would like to proceed with the remainder of the case by October 1, 2020. At this time, Philadelphia is still internally considering its options, and in turn, we would respectfully request a one-week extension of time, until October 9, 2020, to submit the joint report.

Counsel for the City has consented to this request. Thank you for your courtesies in this matter.

Very truly yours,

HURWITZ & FINE, P.C.

Jennifer A. Ehman

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 10/1/2020

cc    Eric Proshansky, Esq.