| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 10/13/2020 |

-------------------------------------------------------------------- x
**THE CITY OF NEW YORK,**                          :
                                                   :
                **Plaintiff,**    :
                                                   :     **1:19-cv-1951-ALC-RWL**
      **-against-**                            :     <u>**ORDER**</u>
                                                   :
**PHILADELPHIA INDEMNITY INSURANCE**               :
**COMPANY,**                                       :
                                                   :
                **Defendant.**   :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' joint status report indicating that the Parties agree that the Court's September 10, 2020 Opinion and Order resolved this matter in full. ECF No. 38 at 1-2. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**
**Dated:**     **New York, New York**
             **October 13, 2020**

                                                          _____
                                                      **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**

1